KSC/01.28.20

SNB/CJR: USAO2019R00082

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 JAN 29  PM 5: 32

CLERK'S OFFICE
AT BALTIMORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * UNDER SEAL |
| | * BY _____ DEPUTY |
| v. | * CRIMINAL NO. SAG-19-0585 |
| | * |
| **SHANNA YVONNE PETERSON,** | * (Conspiracy to Distribute and Possess |
| | * With Intent to Distribute Fentanyl, |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | * Heroin, and Cocaine, 21 U.S.C. § 846; |
| | * Possession With Intent to Distribute |
| **RICHARD ANTHONY GAYLE,** | * Cocaine, 21 U.S.C. § 841(a)(1); |
| a/k/a RICHARD ANTONY GAYLE, | * Possession With Intent to Distribute |
| a/k/a RICHARD GORDAN CORINTHIAN, | * Fentanyl and Heroin, 21 U.S.C. § |
| a/k/a RICHARD GAYLE, | * 841(a)(1); Illegal Re-Entry of a |
| a/k/a RICHARD CORINTHIAN, | * Deported Alien, 8 U.S.C. § 1326(a) & |
| a/k/a UNCLE RICHIE, | * (b)(1)) |
| | * |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | * |
| | * |
| **CURTIS RICARDO GORDON, and** | * |
| | * |
| **QUERIDA MORAN,** | * |
| a/k/a QUERIDA LEWIS, | * |
| | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*

## SUPERSEDING INDICTMENT

### COUNT ONE
(Conspiracy to Distribute and Possess With Intent to Distribute
Fentanyl, Heroin, and Cocaine)

The Grand Jury for the District of Maryland charges that:

Beginning in or about July 2018, through November 2019, in the District of Maryland, the

Eastern District of New York, and elsewhere, the defendants,

**SHANNA YVONNE PETERSON,**

1



**RICHARD ANTHONY GAYLE,**
a/k/a **RICHARD ANTONY GAYLE,**
a/k/a **RICHARD GORDAN CORINTHIAN,** a/k/a **RICHARD GAYLE,**
a/k/a **RICHARD CORINTHIAN,**
a/k/a **UNCLE RICHIE,**



**CURTIS RICARDO GORDON, and**

**QUERIDA MORAN,**
a/k/a **QUERIDA LEWIS,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute a quantity of a mixture or a substance containing a detectable amount of fentanyl, a Schedule II controlled substance; a quantity of a mixture or a substance containing a detectable amount of heroin, a Schedule I controlled substance; and a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

21 U.S.C. § 846

<u>Quantity of Controlled Substances Involved in the Conspiracy</u>

1. With respect to **SHANNA YVONNE PETERSON**, a quantity of a mixture or a substance containing a detectable amount of heroin, a Scheduled I controlled substance; and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(ii), and (b)(1)(C).

2. With respect to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, 400 grams or more of a mixture or a substance containing a detectable amount of fentanyl, a Scheduled II controlled substance; and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi), and (1)(B)(ii).

3. With respect to **RICHARD ANTHONY GAYLE, a/k/a RICHARD ANTONY GAYLE, a/k/a RICHARD GORDAN CORINTHIAN, a/k/a RICHARD GAYLE, a/k/a RICHARD CORINTHIAN, a/k/a UNCLE RICHIE**, 400 grams or more of a mixture or a substance containing a detectable amount of fentanyl, a Scheduled II controlled substance; 1 kilogram or more of a mixture or a substance containing a detectable amount of heroin, a Scheduled I controlled substance; and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), (b)(1)(A)(vi), and (1)(B)(ii).

4. With respect to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, 400 grams or more of a mixture or a substance containing a detectable amount of fentanyl, a Scheduled II controlled substance; 1 kilogram or more of a mixture or a substance containing a detectable amount of heroin, a Scheduled I controlled substance; and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), (b)(1)(A)(vi), and (1)(B)(ii).

5. With respect to **CURTIS RICARDO GORDON**, 400 grams or more of a mixture or a substance containing a detectable amount of fentanyl, a Scheduled II controlled substance; and 1 kilogram or more of a mixture or a substance containing a detectable amount of heroin, a

Scheduled I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), and (b)(1)(A)(vi).

6. With respect to **QUERIDA MORAN, a/k/a QUERIDA LEWIS**, a quantity of a mixture or a substance containing a detectable amount of heroin, a Scheduled I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO
### (Possession With Intent to Distribute Cocaine)

The Grand Jury for the District of Maryland further charges that:

On or about October 24, 2019, in the District of Maryland, the defendant,

**SHANNA YVONNE PETERSON,**

did knowingly, intentionally, and unlawfully possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(ii)

## COUNT THREE
### (Possession With Intent to Distribute Fentanyl and Heroin)

The Grand Jury for the District of Maryland further charges that:

On or about November 27, 2019, in the District of Maryland, the defendant,



did knowingly, intentionally, and unlawfully distribute and possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; and 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and (b)(1)(B)(i).

21 U.S.C. § 841(a)(1)
21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and (b)(1)(B)(i)

## COUNT FOUR
### (Possession With Intent to Distribute Fentanyl and Heroin)

The Grand Jury for the District of Maryland further charges that:

On or about November 28, 2019, in the District of Maryland, the defendant,



did knowingly, intentionally, and unlawfully distribute and possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; and 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and (b)(1)(B)(i).

21 U.S.C. § 841(a)(1)
21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and (b)(1)(B)(i).

## COUNT FIVE
## (Illegal Re-Entry)

The Grand Jury for the District of Maryland charges that:

On or about November 28, 2019, in the District of Maryland, the defendant,



an alien who had been previously deported or removed from the United States subsequent to a conviction for commission of a felony, knowingly entered the United States and was found in the United States—that is, Cecil County, Maryland—without having received the express consent of the United States Attorney General or his successor, the United States Secretary of Homeland Secretary, to reapply for admission to the United States.

8 U.S.C. §§ 1326(a) & (b)(1)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendants that the United States of America will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 982, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendants' convictions under Counts One through Four of the First Superseding Indictment.

2. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in Counts One through Four of the First Superseding Indictment, the defendants,

**SHANNA YVONNE PETERSON,**

**RICHARD ANTHONY GAYLE,**
a/k/a **RICHARD ANTONY GAYLE,**
a/k/a **RICHARD GORDAN CORINTHIAN,** a/k/a **RICHARD GAYLE,**
a/k/a **RICHARD CORINTHIAN,**
a/k/a **UNCLE RICHIE,**



**CURTIS RICARDO GORDON, and**

**QUERIDA MORAN,**
a/k/a **QUERIDA LEWIS,**

shall forfeit to the United States of America:

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, including, but not limited to, $85,230.00 seized from the defendant ▇▇▇ vehicle, $2,300 from the defendant ▇▇▇ residence; $237,160.00 from the vehicle in which ▇▇▇ **CURTIS RICARDO GORDON** was the passenger

9

on December 22, 2018, and $361,392.00 from the defendant **QUERIDA MORAN**'s vehicle on April 12, 2019; and

b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such violation.

21 U.S.C. § 853
Fed. R. Crim. P. 32.2(a)

_____
Robert K. Hur
United States Attorney

A TRUE BILL:

[SIGNATURE REDACTED]

Foreperson

Date: 1/29/2020